M/D 1

**RECEIVED**

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2012 OCT 17 A 10:51

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Aljawon Dawson
Full name and prison number of
Plaintiff(s)

v.

Naytron Williams
Eric Williams
Domonique Whitley
Michael Oree
_____

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:12-cv-910-TMH
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☑ No ☐

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☑ NO ☐

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s) Aljawon Miles

   Defendant(s) Naytron Williams, Domonique Whitley, Dejuan Smith, Jermiah Thomas, Cherman Bastin, Tyrone Jenkins, Michael Oree

2. Court (if federal court, name the district; if state court, name the county)
   Middle District of Alabama

3. Docket number 2:11-cv-150

4. Name of judge to whom case was assigned Wallace Capel JR

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) Case was Settled and dismissed

6. Approximate date of filing lawsuit March 4, 2011

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Coleman 1 U.S.P P.O. Box 1033, Coleman, FL 33521

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Bullock County Correctional Facility, P.O. Box 5107, Union Springs AL 36089

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                      ADDRESS

1. Naythron Williams - Bullock Corr Facility, P.O. Box 5107, Union Springs AL 36089
2. Eric Williams - Bullock Corr Facility, P.O. Box 5107, Union Springs AL 36089
3. Dominique Whitley - Bullock Corr Facility, P.O. Box 5107, Union Springs AL 36089
4. Michael Oree - Bullock Corr Facility, P.O. Box 5107, Union Springs AL 36089
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED March 2011

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Retaliation, Eighth amendment, deliberate indifference's toward inmate Safety, 1st Amendment

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

See Attached Sheet.

_____

_____

_____

_____

GROUND TWO: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

From March 2011 up until August 16 2011 I was harassed and threaten by Sgt Oree and Sgt Dominic Whitley for filing a lawsuit against them in April 2011 when all the harassment started. Sgt Michael Oree came to Segregation unit where I was housed as a inmate. Sgt Michael Oree stated to me that by me filing a lawsuit against him would not stop him from fucking up inmates. Sgt Michael Oree beat on my cell door telling me I got two choices drop the lawsuit or else. So a few days later Sgt Dominic Whitley came to my cell asking me am I going to drop the lawsuit I stated Fuck Yall Sgt Dominic Whitley told me I will wish I would have. On March 29, 2011 Round 4:30 or 5:00 am Breakfast time at Bullock Correctional Facility Sgt Dominic Whitley bought Breakfast trays to Segregation once I saw it was Sgt Dominic Whitley bringing the trays I told officer Eric Williams (another officer who worked Segregation unit this day) I wanted a tray out the middle being that my cell was the first cell to get a tray (I was in my cell alone) Sgt Dominic Whitley pulled officer Eric Williams to the side and whispered something to him. Then Eric Williams told me he wasn't going to give me a tray out the middle. Then Sgt Dominic Whitley stated to me (as he pointed at a tray) this the tray you getting. Then Sgt Dominic Whitley picked up a tray and put it to the side. Then Sgt Whitley stated either I can get the tray he put to the side or don't eat. Eric Williams bought me the tray and he told me ain't nothing wrong with the tray.(He assured me this) I received the tray I sat down I looked at the food on the tray. I took one spoon of grits and started crunching on something. I spit out the grits I saw alot of blood come out my mouth I panick I ran to my cell door trying to get help I was beating on the door Sgt Dominic Whitley was standing 3 to 5 feet away from my cell officer Naitron Williams heard the beating and cut the lights on in my cell. Sgt Whitley just stood their looking at me officer Eric Williams ran to my cell door he looked at me saw all the blood on my clothes and coming out my mouth Eric Williams asking me what happen I was steady beating on the door and pointing at my mouth Eric Williams told Sgt Whitley we need to get this man to medical and Sgt Whitley said for what Eric Williams told Sgt Whitley You see how this man is bleeding. Eric Williams asked me again what happen I tried to tell him something was in my food but it was hard for me to talk. Instead of Sgt Whitley getting me to medical he left out of Segregation Unit and he was gone over 5 minutes Eric Williams got on the radio and called Lt Jenkins told Lt Jenkins about what was going on Lt Jenkins sent Sgt Whitley back to Segregation to take me to medical unit. Instead of Sgt Whitley getting me to the medical unit right then Sgt Whitley

asked for my breakfast tray Eric Williams went through the tray and found lil pieces of glass then Sgt Whittle took me to the medical unit to see the nurse I was treated for the cuts in my mouth. While Sgt Whittle was taking me back to Segregation he told me maybe now I'll drop the lawsuit I got on them. Lt Jenkins called Sgt Whittle on the radio and told Sgt Whittle to look through the tray Sgt Whittle stated he already did. Lt Jenkins said look again. Sgt Whittle looked through the tray and found nothing. Later that same morning a officer came to my cell and told me Eric Williams switched my tray while I was seeing the nurse. In late May 2011 Sgt Oree came to Segregation again harassing me This time he said Sgt Whittle should have put Rat Poison in my food not glass. I asked Sgt Oree why he say Sgt Whittle put the glass in my food Sgt Oree said my tray was the only tray that had glass in it Also only officer will be able to get their hands on real glass Sgt Oree said the officer's didn't even write up the Incident. Sgt Oree also said he don't care who I tell cause won't nobody believe me. The harassing didn't stop So one day Sgt Oree and Sgt Whittle came to Segregation came to my cell and told me I need to drop the lawsuit or I'll be transfered to the worst Prison in Alabama. On August 16 2011 I was transfered to Holman Correctional Facility one of the worst Prisons in Alabama The harassing and threats didn't stop until I got transfered Even the morning I got transfered Sgt Oree came to my cell and said he hope I get killed so they won't have to worry bout me dropping the lawsuit.

Aljawon Miles 12824-002
X Aljawon Miles
Coleman 1 U.S.P
P.O. Box 1033
Coleman, FL 33521

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like for the Court to rule in my favor also that the Defendants take up Counseling. I want the Court to award me $500,000 in Compensatory Damages and $1,000,000 in Punitive Damages. I'm Suing All Defendants individually and in their official Capacity. I demand a Jury trial!

_Aljauan Dauuyane Miles_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9-24-12
(Date)

_Aljauan Dauuyane Miles_
Signature of plaintiff(s)

Aljawon Miles # 12824-002
Coleman 1 U.S.P
P.O. Box 1033
Coleman FL; 33521

SAINT PETERSBURG FL
15 OCT 2012 PM 111

Office of the Clerk
United States District Court
P.O. Box 711

Montgomery AL 36101

3610107jiii