IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALJAWON DAWYANE MILES,          )
#12824-002,                     )
     Plaintiff,          )
                                )
v.                              ) CIVIL ACTION NO.:  2:12-CV-910-TMH
                                )
NAYTRON WILLIAMS, *et al.*,      )
                                )
     Defendants.        )

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 8) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that:

1.  The Recommendation (Doc. 8) of the Magistrate Judge is ADOPTED;

2.  Plaintiff's "glass in the breakfast tray" retaliation claim against the named defendants is DISMISSED prior to service of process in accordance with the provisions of 28 U.S.C. §1915(e)(2)(B)(i);

3.  Plaintiff's complaint against Defendant Naytron Williams and Eric Williams is DISMISSED prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i);

4.  Defendants Naytron Williams and Eric Williams are DISMISSED as parties to the complaint; and

5.  Plaintiff's claim of a retaliatory transfer asserted against Defendants Oree and Whitley is referred back to the Magistrate Judge for further proceedings.

Done this 23rd day of January, 2013.

 /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE